UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JANET HOWARD,                           )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 08-0421 (PLF)
                                        )
CARLOS GUTIERREZ, Secretary,            )
U.S. Department of Commerce,            )
                                        )
            Defendant.                  )
_____)


                              ORDER

      For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

      ORDERED that defendant's motion to dismiss plaintiff's complaint pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure [13] is GRANTED; it is

      FURTHER ORDERED that plaintiff's complaint is dismissed without prejudice

for failure to state a claim; and it is

      FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

      SO ORDERED.



                              /s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge


DATE: March 3, 2009